UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN MICHAEL LONG,

   Plaintiff,

  v.

KAISER PERMANENTE, et al.,

   Defendants.

No.  2:23-cv-2109 KJM AC P

ORDER

   Plaintiff, a pretrial detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  By order filed December 28, 2023, plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action.  ECF No. 6.  The thirty-day period has now expired, and plaintiff has not paid the filing fee.

   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED:  March 4, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1